*MHN*

**FILED**

JUN 1 1 2008   N₽

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

LPS AUTOMATION , LLC
an Illinois Limited Liability Corporation

Plaintiff,

vs.

SHEBOYGAN PAPER BOX COMPANY
a Wisconsin Corporation

Defendant.

**08CV3359
JUDGE ASPEN
MAGISTRATE JUDGE COX**

## NOTICE OF REMOVAL

TO:  Scott G. Richmond, Esq.
Ariano, Hardy, Nyuli, Johnson,
Richmond & Goettel, P.C.
2000 McDonald Rd., Ste. 200
South Elgin, IL 60177

Deborah Seyller
Kane County Clerk of the Circuit Court
540 S. Randall Road
P.O. Box 112
Geneva , IL 60134

**PLEASE TAKE NOTICE** that the Defendant, Sheboygan Paper Box Company, by its

attorneys, The Law Firm of Danya A. Grunyk, hereby removes this case to the United State

District Court for the Northern District of Illinois, and states as grounds for removal the

following:

1.  A civil action designated Case No. 08 L 250 has been commenced and is pending in

the Circuit Court, Kane County, State of Illinois, with LPS Automation, LLC as Plaintiff and

Sheboygan Paper Box Company as Defendant.

2.  The Summons and Complaint in Case No. 08 L 250 was filed on May 9, 2008, and Defendant was served on May 15, 2008. A copy of all process, pleadings and orders served on Defendant in Case No. 08 L 250 are attached hereto as Exhibit A.

3.  Case No. 08 L 250 is a civil action in which the United States District Court has original jurisdiction pursuant to 28 U.S.C. § 1332 because: (i) Plaintiff is an Illinois limited liability company with its principal place of business in Illinois; (ii) Defendant is a Wisconsin corporation with its principal place of business in Wisconsin; and (iii) the amount in controversy exceeds the sum or value of $75,000.00 exclusive of interest and costs.

4.  Plaintiff's Complaint only requests a judgment in the amount of $64,500.00 for its breach of contract claim against Defendant, but Defendant is filing a counterclaim against Plaintiff for $110,500.00; therefore, the actual amount in controversy does exceed the sum of $75,000.00 exclusive of interest and costs. A copy of Defendant's Answer, Affirmative Defenses and Counterclaim is attached hereto as Exhibit B.

5.  Defendant is filing a copy of this Notice with the Clerk of Circuit Court, Kane County, State of Illinois, as required by 28 U.S.C. § 1446(d) and serving a copy of the Notice upon Plaintiff.

**WHEREFORE**, Defendant requests that Case No. 08 L 250 be removed from the Circuit Court, Kane County, State of Illinois, and into this Court for trial and determination.

Dated this 11th day of June, 2008.

THE LAW FIRM OF DANYA A. GRUNYK

By_____
Leah Setzen, Esq., Attorneys for Defendant
Sheboygan Paper Box Company

Attorney No. 6271222
The Law Firm of Danya A. Grunyk, P.C.
Attorneys for Defendant
200 E. Fifth Avenue, Suite 118
Naperville, IL  60563
Telephone (630) 428-3300

# IN THE CIRCUIT COURT OF THE SIXTEENTH JUDICIAL CIRCUIT
## KANE COUNTY, ILLINOIS

Case No. _____

| | | |
|---|---|---|
| **LPS Automation LLC,** | **Sheboygan Paper Box Co.,** | |
| Plaintiff(s) | Defendant(s) | |

SERVE THIS DEFENDANT AT:

Name: **Sheboygan Paper Box Co., c/o Thomas A. Liebel, Reg. Agent**

Address: **716 Clara Avenue**

City, State & Zip: **Sheboyban, WI 53081**

File Stamp

Amount Claimed $ ~~In excess of~~ **50,000.00**

Pltf. Atty **Scott G. Richmond, Esq.**     Add. Pltf. Atty _____

Atty. Registration No. **6230123**     Atty. Registration No. _____

Address **2000 McDonald Road, Suite 200**     Address _____

City, State and Zip **South Elgin, IL 60177-3324**     City, State and Zip _____

## SUMMONS

To the above named defendant(s):

☐   A. You are hereby summoned and required to appear before this court in room _____ of the _____ at _____ m, on _____ to answer the complaint in this case, a copy of which is hereto attached. If you fail to do so, a judgment by default may be entered against you for the relief asked in the complaint.

☑   B. You are hereby summoned and required to file an answer in this case or otherwise file your appearance, in the Office of the Clerk of this Court, within 30 days after service of this summons, exclusive of the day of service. If you fail to do so, judgment or decree by default may be taken against you for the relief prayed in the complaint.

☐   C. You are further Notified that a dissolution action stay is in full force and effect upon service of this summons. The Conditions of stay are set forth on page two (2) of this summons, and are applicable to the parties as set forth in the statute.

TO THE SHERIFF OR OTHER PROCESS SERVER:

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. In the event that paragraph A of this summons is applicable, this summons may not be served less than three days before the day for appearance. If service cannot be made, this summons shall be returned so endorsed.

This summons may not be served later than 30 days after its date if paragraph B is applicable.

DATE OF SERVICE _____
(To be inserted by process server on copy left with the defendant or other person)

MAY - 9 2006

WITNESS, _____ (date)

_____

Clerk of Court

**EXHIBIT A**

## NOTICE TO DEFENDANTS - Pursuant to Supreme Court Rule

In a civil action for money (excess of $15,000) in which the summons requires your appearance on a specified day, you may enter your appearance as follows:

1. You may enter your appearance prior to the time specified in the summons by filing a written appearance, answer or motion in person or by attorney to the Office of the Kane County Circuit Clerk, 540 S. Randall Rd., St. Charles, IL 60174.

2. You may enter your appearance at the time and place specified in the summons by making your presence known to the Judge when your case is called.

In either event YOU MUST APPEAR IN PERSON OR BY ATTORNEY at the time and place specified in the summons or a default Judgment will be entered against you.

When you appear in Court, the Judge will require you to enter your appearance in writing, if you have not already done so. Your written appearance, answer, or motion shall state with particularity the address where service of notice or papers may be made upon you or an attorney representing you.

Your case will be heard on the date set forth in the summons unless otherwise ordered by the Court. Only the Court can make this exception. Do not call upon the Circuit Court Clerk or the Sheriff's Office if you feel you will be unable to be present at the time and place specified. Continuances can be granted only on the day set forth in the summons, and then only for good cause shown. You, or someone representing you, MUST APPEAR IN PERSON at the specified time and place and make such a request.

If you owe and desire to pay the claim of the plaintiff before the return date on the summons, notify the plaintiff or his/her attorney if you desire to do so. Request that he/she appear at the time specified and ask for the dismissal of the suit against you. Do not make such a request of the Circuit Court Clerk or the Sheriff, as only the Judge can dismiss a case, and then only with a proper court order which must be entered in open Court.

---

## CONDITIONS OF DISSOLUTION ACTION STAY

### 750 ILCS 5/501.1

### Chapter 40, paragraph 501.1, Illinois Revised Statutes

(a) Upon service of a summons and petition or praecipe filed under the Illinois Marriage and Dissolution of Marriage Act or upon the filing of the respondent's appearance in the proceeding, whichever first occurs, a dissolution action stay shall be in effect against both parties and their agents and employees, without bond or further notice, until a final judgment is entered, the proceeding is dismissed, or until further order of the court:

(1) restraining both parties from physically abusing, harassing, intimidating, striking, or interfering with the personal liberty of the other party or the minor children of either party; and

(2) restraining both parties from removing any minor child or either party from the State of Illinois or from concealing any such child from the other party, without the consent of the other party or an order of the court.

IN THE CIRCUIT COURT FOR THE SIXTEENTH JUDICIAL CIRCUIT
KANE COUNTY, ILLINOIS

LPS AUTOMATION, LLC, an Illinois )
Limited Liability Corporation, )
)
)
Plaintiff, )
)
)
-vs- )                         GEN.
)
)
)
SHEBOYGAN PAPER BOX )
COMPANY, a Wisconsin )
Corporation, )
Defendant. )

### COMPLAINT AT LAW
### Breach of Contract

Plaintiff, LPS AUTOMATION, LLC (hereinafter "LPS"), by and through its

attorneys ARIANO, HARDY, NYULI, JOHNSON, RICHMOND & GOETTEL, P.C. as and

for its Complaint against SHEBOYGAN PAPER BOX COMPANY (hereinafter

"SHEBOYGAN"), states as follows:

1.      LPS is an Illinois Limited Liability Corporation doing business in South

Elgin, Kane County Illinois.

2.      At all relevant times hereto, LPS was doing business in St. Charles, Elgin

and South Elgin, Kane County, Illinois.

3.      SHEBOYGAN is a Wisconsin Corporation located in and doing business

in Sheboygan, Wisconsin.

4.      On or about December 28, 2005, LPS submitted a written proposal for the

sale, shipment and installation of a packaging system known generally as the FastPack

Automatic Packaging System, a copy of which is attached hereto and incorporated herein as Exhibit "A".

5.     On or about January 4, 2006, SHEBOYGAN issued a purchase order to LPS for the purchase, shipment and installation of the FastPack Automatic Packaging System for a total price of $130,000.00 to be paid in accordance with the terms set forth in Exhibit "A". A copy of said Purchase Order is attached hereto and incorporated herein as Exhibit "B".

6.     Pursuant to the terms set forth in Exhibit "A", SHEBOYGAN was given a discount of $45,000.00 based upon the condition that SHEBOYGAN would assist LPS in the further development and use of the FastPack Automatic Packaging System, including but not limited to, providing a range of products to be used with the system and working with LPS in the set-up, plate changes and training of employees.

7.     LPS performed all of its obligations pursuant to the contractual agreement between the parties.

8.     In accordance with the terms of the contract, LPS constructed the FastPack Automatic Packaging System in part in St. Charles and Elgin, Kane County, Illinois, met with SHEBOYGAN representatives at Control Link, Inc. in Elgin, Kane County, Illinois to view the machine, specifications for same and operation of same, and shipped the machine from Control Link, Inc. in Elgin, Kane County, Illinois to SHEBOYGAN at its Sheboygan, Wisconsin facility.

9.     SHEBOYGAN inspected and accepted the FastPack Automatic Packaging System at Control Link, Inc. in Elgin, Kane County, Illinois prior to shipment and paid the initial 30% payment of $39,000.00 in November 2006 prior to shipment of same.

10.     After initial installation of the system in December 2006, LPS removed the FastPack Automatic Packaging System, returned same to its facility in South Elgin, Kane County, Illinois, made revisions to same and reinstalled said system at SHEBOYGAN'S facility in March 2007.

11.     After installation of said system, LPS attempted on numerous occasions to work with SHEBOYGAN to run SHEBOYGAN'S packaging jobs on the FastPack Automatic Packaging System, and SHEBOYGAN continuously prevented LPS from completing same, thereby causing LPS to expend substantial sums of money on travel and training attempts.

12.     SHEBOYGAN made additional payments of 50% of the purchase price and 5% of the purchase price after various jobs were run on the system at SHEBOYGAN'S facility.

13.     SHEBOYGAN accepted the FastPack Automatic Packaging System by having said system installed in its facility and by paying 85% of the purchase price and operating said system with the assistance of LPS until February 2008.

14.     The discount of $45,000 provided to SHEBOYGAN was contingent upon SHEBOYGAN'S complete, timely cooperation with LPS and compliance with LPS' testing of the FastPack Automatic Packaging System with various products manufactured by SHEBOYGAN, which SHEBOYGAN failed to comply with.

15.     After all just credits and setoffs, LPS is due the sum of $64,500, consisting of the $19,500 due under the original purchase price and $45,000 discount for failure to cooperate with LPS in the development of the FastPack Automatic Packaging System.

16.  . LPS has demanding payment and SHEBOYGAN has failed and refused to pay the sums due and owing to LPS.

WHEREFORE, Plaintiff, LPS AUTOMATION, LLC, prays for Judgment in its favor and against SHEBOYGAN PAPER BOX COMPANY, in the amount of $64,500.00 plus court costs, and for such other and further relief as this court deems equitable and just.

LPS AUTOMATION, LLC., Plaintiff,

BY ARIANO, HARDY, NYULI, JOHNSON, RICHMOND & GOETTEL, P.C.

x_____

Scott G. Richmond

State of Illinois          )
                           )        ss.
County of Kane             )

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, 735 ILCS 5/1-109, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief, and as to such matters the undersigned certifies as aforesaid that he/she believes the same to be true.

By: _____

Manager, LPS Automation, LLC

Subscribed and sworn to before me this May __9__, 2008.

_____
Notary Public

OFFICIAL SEAL
SCOTT G. RICHMOND
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires Oct. 23, 2008

**THIS PLEADING PREPARED BY THE UNDERSIGNED AND EXECUTED IN ACCORDANCE WITH SUPREME COURT RULE 137.**

_____
**Attorney at Law**

Scott G. Richmond, Esq.-m6230123
ARIANO, HARDY, NYULI, JOHNSON,
RICHMOND & GOETTEL, P.C.
2000 McDonald Rd., Ste. 200
South Elgin, IL  60177
(847) 695-2400

# ≋ LPS Automation LLC

December 28, 2005

Quote Number: W0004

Mr. Todd Wolf
Sheboygan Paper Box Company
718 Clara Avenue
P.O. Box 328
Sheboygan, WI 63082-0328

Hello Todd,

Per our last meeting, I am pleased to present updated LPS Automation LLC, packaging system proposal to attach to your purchase order. This proposal will detail the features, benefits and technical specifications of our compensating case packer the FastPack. I will also detail the terms and pricing we discussed.

## FastPack General Description

The FastPack is an automatic packaging system that is designed to improve glue line productivity and efficiency by reducing staffing as well as increasing the throughput of the entire glue line. The FastPack will have the ability to run both inline product as well as auto lock bottoms and place the product into cases. All product will be placed vertically in the cases and the Auto lock bottoms will be compensated.



mary@lpsautomation.com
(630) 639-0150



EXHIBIT

1

A

7N396 Ridge Line Road
St. Charles, IL 60175

# ☰ LPS Automation LLC

## Key Features and Benefits

> **Automatic Case Packing** - The FastPack will automatically place both inline and compensated stacks into a case. The manning required for operation of the system will be reduced through eliminating the manual placement of boxes into the case. There will be only one individual as opposed to the two currently required to collect, jog, stack and place the product into cases. There will also be a throughput increase though automating the packing process. Throughput and performance information is in the technical specification section. Other benefits such as improved quality through more time for inspection and improvement of operator ergonomics will also result through automating this process.

> **Stack Compensation** – The FastPack will be able to pack products that require compensation to prevent product bending and damage. This is a key feature leading to a much faster return on investment through improving manning efficiency on the broadest possible number of jobs.

> **Case Indexing System** – This allows multiple rows of product to be placed in a single case.

> **Smart Controls** – The system control will be integrated with the glue line to allow speed following, minimizing the need for operator control and improving throughput.

> **Semi Automatic Stacking Feature** – The FastPack will also be able to create a straight or compensated stack and eject it directly to the operator for manual placement into a case allowing a wider range of packing patterns while still saving the labor associated with scooping and jogging. This feature is also a production backup if the casing station stops allowing production to continue.

> **Product Stacking** – By creating stacks which are then placed into the case, throughput and cycle times are improved while reducing the need for high speed movement of cases. This improves the reliability and life of the FastPack.

> **Case Loading System** – Cases will automatically be moved into the FastPack improving throughput of the system and reducing the effort of the operator.

> **Laser Counting** – The system will use laser counting technology to generate accurate stacks minimizing the over or under shipment of product.

# LPS Automation LLC

> **High Quality Cases** – A number of features insure the end result of a high quality full case is created. Features such as jogging, capturing product during compensation, intermediate stages to better control the product as the stacks are being created as well as the ability to vary the ejector position for optimal placement of product into the case.

> **Product Compression** – While placing the last stack into the product the product already cased will be compressed maximizing the product in each case and protecting the product better during shipping.

> **Infeed Divert** - The infeed will have a product divert to allow start up waste to be dumped into a waste bin freeing the operator to help focus on getting the glue system up to speed as quickly as possible. The divert can be activated if the operator needs to make adjustments during production.

> **Small Foot Print** – Minimizes the real estate needed for operation.

> **Portability / Flexibility** – The Fast Pack will be portable with the infeed height being adjustable to allow for placement on multiple glue lines helping scheduling of difficult jobs.

06-03-08  02:22PM  FROM-ROHDE DALES LLC          RFD A59-597A        Tel 61 81 f36    F-706
05/07/2008  15:39    7283541208          JUDITH M KERR          PAGE  19/51

Case 1:08-cv-03553    Document 1    Filed 06/17/2008    Page 13 of 36

# ⪍ LPS Automation LLC

## Pricing & Terms

In exchange for Sheboygan Paper Box Company's participation and contribution LPS Automation LLC will provide the following special pricing and terms.

FastPack Automatic Case Packer As Described Above

List Price ........................................................................$175,000.00

First Unit Net Discounted Price........................................ $130,000.00

## Special Considerations

➢ Special discounted pricing will be held at $135,000.00 for Sheboygan Paper Box Company for up to 3 additional units ordered in the 24 months after installation of the first unit.

➢ Sheboygan Paper Box Company will provide a Purchase Order to trigger acceptance. The purchase order should reference this proposal.

➢ LPS Automation LLC will be allowed to video tape the unit in production. Furthermore, with Sheboygan Paper Box Company's prior approval bring select customers in to see the FastPack in operation.

➢ Sheboygan Paper Box Company will provide 4 or 5 cases of a range of product for casing during the development of the FastPack as well as for the acceptance prior to shipment.

➢ If Sheboygan Paper Box Company elects not to accept the FastPack after shipment, all funds will be returned to Sheboygan Paper Box Company less $7500 for freight and installation. Please note that freight, installation and training are included in the price when unit is accepted. The key is to insure that Sheboygan Paper Box Company has a high level of confidence prior to shipment of the unit.

➢ LPS Automation LLC will provide software and mechanical upgrades for the FastPack at no charge for 36 months. LPS will insure that the FastPack units are current and to the latest standard.

➢ The FastPack will have a standard set up time of 10 minutes or under. Jobs that require a plate change in the compensating chamber when product size varies greatly from one job to the next will take less than 5 additional minutes. LPS Automation will work with Sheboygan Paper Box Company to optimize the plate sizes to minimize the need for plate changes.

➢ The FastPack has been designed to not mark product. Jobs that run through the glue line with out marking will not mark in the FastPack. Due to the nature of the initial product release LPS Automation will have a variety of plates and surfaces pre-designed and manufactured to make sure marking does not become an issue.

# ≥ LPS Automation LLC

### Installation

Upon final acceptance of the FastPack, all pricing includes installation and training. LPS Automation LLC is responsible for the installation, start-up and training of all equipment. Installation does not include unloading of equipment, air and electrical connections to plant supply and/or power drops, wiring between motors and electrical control cabinets, or conduit; all of which are the responsibility of Sheboygan Paper Box Company.

LPS Automation LLC will train designated Sheboygan Paper Box Company personnel in the operation and maintenance procedures of all equipment. There will be two sections of training. The initial training will be for key personal for operation of equipment during startup. These key operators will need to be more skilled in machine operation and part of the evaluation process. After final acceptance additional training will be provided to general operators over a one week period to cover the shifts needed.

### Warranty

LPS Automation LLC warrants to Sheboygan Paper Box Company that all non-wearable parts and equipment sold by LPS Automation LLC will be free of defects in material and workmanship disclosed under normal use and service. This warranty extends for a period of one (1) year from date of LPS Automation LLC's notification following installation. Sheboygan Paper Box Company must notify LPS Automation LLC within this period, in writing, of any claimed defect in equipment delivered by LPS Automation LLC. If such defect is found to be covered by this warranty (after appropriate tests and inspection by LPS Automation LLC), LPS Automation LLC will, at its option and expense, either repair the same or provide a replacement (F.O.B. LPS Automation LLC's shipping dock). The warranty stated herein is in lieu of all other warranties, expressed or implied, of merchantability or fitness for particular use.

# ☰ LPS Automation LLC

**Payment Terms**

All pricing is valid for acceptance by Sheboygan Paper Box Company for thirty (30) calendar days from the date of this proposal. Pricing is payable in U.S. funds and does not include any federal, state, provincial, county, municipal, or use taxes of any kind; all of which are the responsibility of Sheboygan Paper Box Company.

Payments will be made by Sheboygan Paper Box Company to LPS Automation LLC as follows -

- 30% Upon inspection and acceptance of the FastPack system by Sheboygan Paper Box Company in our Chicago facility prior to shipment.
- 50% Upon installation and successful completion of running two continuous weeks of production or twenty jobs, which ever is first.
- 10% Upon completion of final training (one week) of operators.
- 10% 30 days after completion of training.

Thank you for your interest in LPS Automation LLC's products and services. Please do not hesitate to call with any questions.

Best Regards,

Macy Langston
President
LPS Automation LLC

# LPS Automation LLC

## FastPack Technical Specifications

**Mechanical Information**

| | |
|---|---|
| Performance: | 3 Sec. Cycle time |
| Formate:  Width (min – max) : | 3" to 19.7" (75 to 500 mm) |
| Length  (min – max): | 4.13" to 19.7" (105 to 500 mm) |
| Product Orientation: | Centered to the infeed ± 1" |
| Shingle Stream | Proper where first box is below second in the shingle stream. |
| Convertible Stock | up to 143lbs/msf (700 g/m²) |
| Stack Height Maximum (with air content): | 7" (175 mm) |
| Maximum Layer Height (when compensated): | 3.5" (90 mm) |
| Infeed Height Range: | 22" to 35.5" (560 to 900 mm) |
| Electrical Requirements: | 5 KW, 480V @ 20A |
| Air Requirements: | 90psi |
| Weight Stacker: | 860 -1100 Lb (400-500 kg). |
| Weight with Case Packing Station: | 1750 – 2000 Lb (800-900 kg) |

Packing (casing) station:
Shipping Case dimensions

| | |
|---|---|
| Length (L) | 11.8"-23.6" (300mm-600mm) |
| Width (W) | 6.3"-21.6" (160mm-550mm) |
| Depth (D) | 3"-19.7" (75mm-500mm) |



Maximum flap size can not exceed W/2 for any box.

Packing Patterns:   One layer deep x One (Two, Three Columns wide); Column divider may be required.

Column dividers and flap clips may be needed placed by operator before box is loaded.

# LPS Automation LLC

## FastPack Physical Dimensions



# ≋ LPS Automation LLC

### Application Area

The machine is suitable for processing folded carton boxes following box forming/gluing line or other auxiliary equipment. Used where packaging of carton boxes for shipping (secondary operation or retail destination) is required. Other carton product packaging is possible – subject to limitations. See performance section.

### Performance



The determining factor for estimating the performance the FastPack is the layer cycle time.

This is calculated as follows:

$$C = \frac{N * 3600}{P}$$

C: Layer cycle time in sec.
N: Number of products per layer
P: Gluing/Folding equipment performance in products/hr.

# ≡ LPS Automation LLC

Throughput of the FastPack may vary and depends on actual product specification:

- Thickness – Thicker product slows down cycle
- Slickness – Slicker product is less stable (very important when compensating)
- Complexity of folds - more folds slows down cycle due to carton properties
- Variation in thickness within single product – less uniform slows down cycle time
- Product size – smaller product can be run faster but less stable.
- Smaller folded carton's length to width ratio helps in stack stability. Narrow long or wide short product may increase cycle time.

The estimated minimum cycle times may need to be adjusted if there are any format-related geometrical disproportions between the base area and height of the package (small product and high bundle or unfavorable package orientation).

Following type of product may run slower or be difficult to run:

- Boxes with tab on the side (on pusher side).
- Boxes with film insert glued.
- Very small boxes (under 150mm long).
- Boxes with glue seam on outside (on pusher side).
- Boxes with very long top flap (display or auto lock bottom /crash lock bottom design) where flap is over 70% of overall box height.
- Inverted shingle stream.
- Other special design boxes.

## Operation & Product Flow

**Collecting:**

- The shingled stream is taken into the infeed at the front of the stacker.
- If any of the products are skewed, the infeed light barriers react and eject these products through the infeed divert before a jam can occur.
- Overlapping distance controlled by belt /roller speed within the infeed.
- The laser counter counts the products and triggers the separating unit.
- The shingle is stabilized before going into pre-collecting area.
- Product is pre-collected on the first set of grid fingers.
- The second set of grid fingers ensures that the products do not have to fall very far and serves as buffer for the collecting table below.
- Vertical format adjustment plates/rods ensure that the products are precisely aligned.
- When the required number of cartons per layer has been reached, the second set of grid fingers open and deposit the layer in the open turn table.

# ☛ LPS Automation LLC

> The products are clamped again on the compensating table and rotated by 180° when compensation is required.
> Cycle repeats one more time for product needing compensation.
> No table turn or clamping is required for product which does not need compensation.
> The ejector guides and moves the finished bundles into the case.
> The bundles can be delivered also on the table attached to stacker for manual case loading.

**Casing loading / Case indexing System**

> *Case loading system* supplies boxes (cases) into *case indexing system* before case packing operation starts. The case will then be loaded with folded boxes until a certain (pre-programmed) number of products are inside the box.
> When packed - case is discharged on the other side of *case loading station* where it can be picked up and (or) transported to various locations (application dependent – provided as an option).



# ◥≣ LPS Automation LLC





06-03-08 02:26PM FROM-ROHDE DALES LLP Case 1:08-cv-03359 Document 1 Filed 06/11/2008 820-458-5820 Page 22 of 36 Tel 22 of 36 F-706

05/07/2008 15:39 7083541208 JUDITH M KERR PAGE 28/51

# LPS Automation LLC



# ⬛ LPS Automation LLC





**PRODUCT STABILIZATION.**  **GAPPER**  **DIVERT BELT**  **DE-SHINGLE**

# LPS Automation LLC





macy@lpsautomation.com
(630) 639-0150

15

7N396 Ridge Line Road
St. Charles, IL 60175

# LPS Automation LLC



# LPS Automation LLC





# LPS Automation LLC





# LPS Automation LLC





01-04-'06 10:16  FROM-SPBCO 9204588373  920-458-2901  T-947  P01/03  U-509



SHEBOYGAN PAPER BOX COMPANY®

710 Clara Avenue
P.O. Box 326
Sheboygan, WI 53082-0326
Tel (920) 458-8373
    (800) 458-5473
Fax (920) 458-2901
www.spbox.com



## FAX COVER SHEET

ATTN: _Mary_

COMPANY: _LPS Automation_          ~~337~~ 234

FROM: _Tom Liebl_

DATE: _1/4/06_

TOTAL NUMBER OF PAGES, INCLUDING THIS COVER: __3__

If you did not receive all pages or have any problems with the receiving of this fax, please notify us
(920) 458-8373 Ext. 0.

SPECIAL INSTRUCTIONS (IF ANY):

_Mary —_

_Following is our P.O. We all look_
_forward to making this partnership a_
_success_

_Tom Liebl_

EXHIBIT

B

06-03-08 02:32PM Case 1:06-cv-05359 FROM-ROHDE DALES LLP Document 1 Filed 920-458-5876 2008 Page 30 of 36 T-181 P 30/32 F-706

05/07/2008 15:39 7083541208 JUDITH M KERR PAGE 13/31

01-04-'06 10:16 FROM-SPBC 9204588373 920-458-2901 T-947 P02/03 U-509



**SHEBOYGAN PAPER BOX COMPANY**

716 Clara Avenue
P.O. Box 336
Sheboygan, WI 53083-0336
Tel (920) 458-8373
(800) 458-8373
Fax (920) 458-2901
www.spbox.com

# PURCHASE ORDER

| P/O NUMBER | P/O DATE | PAGE |
|---|---|---|
| 5259 | | 1 |
| **ORDER TYPE** | **CHANGE/CANCEL** | **Chg Count** |
| Normal | | 1 |

ORDERED FROM: LPS AUTOMATION LLC
902 S RANDALL ROAD SUITE C234
ST CHARLES, IL 60174

SHIP TO: Sheboygan Paper Box Co
1414 S 7 St
Rec'g hours 6 AM - 2 PM  M-F
Sheboygan, WI 53081

| | BUYER | | TERMS | | FOB | SHIP VIA | FREIGHT TERMS | |
|---|---|---|---|---|---|---|---|---|
| | Todd Wolf | | SEE BELOW Net 30 | | SHeboygan, WI | Best Way | delivered | |
| LINE | JOB/ ORDER | QTY ORDERED OVER UNDER | PURC U/M | OUR ITEM NUMBER YOUR ITEM NUMBER DESCRIPTION / COMMENTS | | PRICE / UNIT DUE DATE | PRICE U/M | EXTENDED PRICE | CHANGE CANCEL |
| 1 | | 1 | EA | FastPack Automatic Packaging System per Quote #W0004, pages 1-19, dated December 28, 2005 Price includes Intallation, Delivery, and Training. | | $130,000.00 3/31/06 | EA | $130,000.00 | New |

Payment Terms per attached Payment Schedule
(30%, 60%, 10%, 10%)

**TOTAL EXTENDED PRICE:** $130,000.00

**Comments: PROJECT #7230**
Most current revision of the MSDS is required for each chemical if product or component are considered hazardous. Send MSDS to HR Mgr.

**AUTHORIZED SIGNATURE:**



714 Clara Avenue
P.O. Box 220
Sheboygan, WI 53082-0226
Tel (920) 458-8373
(800) 458-8373
Fax (920) 458-2901
www.spbox.com



January 4, 2006

# PAYMENT SCHEDULE FOR PO 5259

**30%** Upon inspection and acceptance of the FastPack system by Sheboygan Paper Box Company in our Chicago facility prior to shipment.

**50%** Upon installation and successful completion of running two continuous weeks of production or twenty jobs, whichever is first.

**10%** Upon completion of final training (one week) of operators.

**10%** 30 days after completion of training

IN THE CIRCUIT COURT OF THE SIXTEENTH JUDICIAL CIRCUIT
KANE COUNTY, ILLINOIS

LPS AUTOMATION, LLC, an Illinois )
Limited Liability Corporation, )
)
)
Plaintiff, )
)
-vs- )  GEN.
)
)
SHEBOYGAN PAPER BOX )
COMPANY, a Wisconsin )
Corporation, )
Defendant. )

### DAMAGES AFFIDAVIT

Plaintiff, LPS AUTOMATION, LLC seeks more than $50,000.00 in money

damages in this case.

LPS Automation, LLC, Plaintiffs,

ARIANO, HARDY, NYULI, JOHNSON,
RICHMOND & GOETTEL, P.C.

BY: _____
Scott G. Richmond, Esq.

Subscribed and sworn to before me
this 5/9/2008.

_____
Notary Public

"OFFICIAL SEAL"
SANDRA E. TORRES
Notary Public, State of Illinois
My Commission Expires 07/30/11

Scott G. Richmond, Esq. No. 6230123
Ariano, Hardy, Nyuli, Johnson,
Richmond & Goettel, P.C.
2000 McDonald Rd., Ste. 200
South Elgin, IL 60177
(847) 695-2400

IN THE CIRCUIT COURT FOR THE SIXTEENTH JUDICIAL CIRCUIT
KANE COUNTY, ILLINOIS

LPS AUTOMATION , LLC
an Illinois Limited Liability Corporation

                    Plaintiff,

vs.                                              Case No. 08 L 250

SHEBOYGAN PAPER BOX COMPANY
a Wisconsin Corporation

                    Defendant.

## ANSWER, AFFIRMATIVE DEFENSES
## AND COUNTERCLAIM

### ANSWER

Defendant Sheboygan Paper Box Company (hereinafter "SPB"), by its attorneys, The

Law Firm of Danya A. Grunyk, as for its Answer to Plaintiff's Complaint, admits, denies, and

alleges as follows:

1.      SPB lacks knowledge or information sufficient to form a belief as to the

allegations set forth in paragraph 1 and therefore denies same and puts Plaintiff to its proof

thereon.

2.      SPB lacks knowledge or information sufficient to form a belief as to the

allegations set forth in paragraph 2 and therefore denies same and puts Plaintiff to its proof

thereon.

3.      Admits the allegations set forth in paragraph 3.

4.      Answering paragraph 4, SPB admits the allegations subject to the terms and

conditions of the written proposal and the purchase order.



**EXHIBIT**

B

5.      Answering paragraph 5, SPB admits it issued a purchase order to LPS for the purchase, shipment and installation of the FastPack Automatic Packaging System, but affirmatively alleges that SPB issued the purchase order subject to the terms and conditions as set forth on Exhibit A.

6.      Answering paragraph 6, Exhibit A is a writing that speaks for itself and any attempt to characterize or mischaracterize the information contained therein is denied.

7.      Denies the allegations set forth in paragraph 7.

8.      Answering paragraph 8, denies that the documents referred to in paragraph 8 constitute a "contract," and further, SPB lacks knowledge or information sufficient to form a belief as to the remaining allegations set forth in paragraph 8 and therefore denies same and puts Plaintiff to its proof thereon.

9.      Answering paragraph 9, admits SPB inspected the FastPack Automatic Packaging System, but denies it made a legal acceptance of the FastPack Automatic Packing System, and allege that it made a voluntary payment of $39,000.00.

10.     Answering paragraph 10, admits that the FastPack Automatic Packaging System did not function as represented, and therefore, admits the allegations set forth in paragraph 10, but alleges that the "installation" of the FastPack Automatic Packaging System was never completed.

11.     Denies the allegations set forth in paragraph 11.

12.     Admits the allegations set forth in paragraph 12.

13.     Denies the allegations set forth in paragraph 13.

14.     Denies the allegations set forth in paragraph 14.

15.     Denies the allegations set forth in paragraph 15.

16.     Denies the allegations set forth in paragraph 16.

## AFFIRMATIVE DEFENSES

17.     <u>First affirmative defense.</u>     Plaintiff's Complaint fails to set forth a claim upon which relief can be granted.

18.     <u>Second affirmative defense.</u>   Plaintiff's claim is barred by the doctrine of waiver.

19.     <u>Third affirmative defense.</u>    Plaintiff's claim is barred by the doctrine of estoppel.

20.     <u>Fourth affirmative defense.</u>   Plaintiff's claim is barred due to a failure or want of consideration.

21.     <u>Fifth Affirmative Defense.</u>   SPB reserves the right to file such other and further affirmative defenses as may become apparent and appropriate during discovery to be conducted in this matter.

## COUNTERCLAIM

Defendant/ Counter claimant  Sheboygan Paper Box Company (hereinafter "SPB"), as for its Counterclaim against Plaintiff/Counterclaim Defendant LPS Automation, LLC (hereinafter "LPS"), alleges as follows:

22.     Realleges and incorporates the allegations of the Complaint as modified by the Answer and Affirmative Defenses, which are also incorporated by this reference.

23.     SPB made payments totaling $110,500.00 to LPS for the FastPack Automatic Packaging System (hereinafter "the System").

24.     Since the time the System  was installed in SPB's facility it did not perform as warranted by LPS.

25.     SPB notified LPS of the fact that the System was not performing as warranted, but LPS did nothing to remedy the defects.

26.    On or about February 28, 2008, SPB formally rejected the System and demanded that LPS refund the $110,500.00 SPB paid to LPS and that LPS remove the System at its own expense.

27.    LPS refused to refund SPB's money and refused to remove the System from SPB's facilities.

28.    By failing to provide a machine that performs as warranted, LPS has breached its contract with SPB in a substantial manner so serious as to destroy the purposes of the contract and the contract should be rescinded. Therefore, SPB seeks a refund from LPS for the amount paid to LPS for the System of $110,500.00 and requests that LPS remove the System from its facilities at its own expense and such other and further damages as will be shown at trial.

WHEREFORE, Sheboygan Paper Box Company, requests judgment as follows:

A.    That the Complaint of Plaintiff LPS Automation, LLC, be dismissed with prejudice;

B.    On its Counterclaim, for a rescission of the contract and a refund of its money it paid to LPS and for such other and further damages as will be shown at trial;

C.    For its costs and disbursements of this action; and

D.    For such other and further relief as the court may deem just and proper.

Dated this _____ day of June, 2008.

THE LAW FIRM OF DANYA A. GRUNYK

By_____
        Hilary Sefton, Esq.
        Attorneys for Defendant Sheboygan Paper Box
        Company

Attorney No. 6271222
The Law Firm of Danya A. Grunyk, P.C.
Attorneys for Defendant
200 E. Fifth Avenue, Suite 118
Naperville, IL 60563
Telephone (630) 428-3300