# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**
LPS AUTOMATION, LLC, an Illinois Limited Liability Corporation

**DEFENDANTS**
SHEBOYGAN PAPER BOX COMPANY, a Wisconsin Corporation

**(b)** County of Residence of First Listed Plaintiff   Kane County
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant   Sheboygan County
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Scott C. Richmond, Esq., Ariano, Hardy, Nyuli, Johnson, Richmond & Goettel, P.C., 2000 McDonald Road, Suite 200, South Elgin, IL 60177

Attorneys (If Known)
Leah D. Setzen, Esq., The Law Firm of Danya A. Grunyk, P.C., 200 E. Fifth Avenue, Suite 118, Naperville, IL 60563

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)
- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [X] 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [X] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [X] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

FILED
JUN 11 2008
6-11-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08CV3359
JUDGE ASPEN
MAGISTRATE JUDGE COX

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** — [ ] 310 Airplane, [ ] 315 Airplane Product Liability, [ ] 320 Assault, Libel & Slander, [ ] 330 Federal Employers' Liability, [ ] 340 Marine, [ ] 345 Marine Product Liability, [ ] 350 Motor Vehicle, [ ] 355 Motor Vehicle Product Liability, [ ] 360 Other Personal Inj. | **PERSONAL INJURY** — [ ] 362 Personal Injury—Med. Malpractice, [ ] 365 Personal Injury—Product Liability, [ ] 368 Asbestos Personal Injury Product Liability | [ ] 610 Agriculture, [ ] 620 Other Food & Drug, [ ] 625 Drug Related Seizure of Property 21 USC 881, [ ] 630 Liquor Laws | [ ] 422 Appeal 28 USC 158, [ ] 423 Withdrawal 28 USC 157 | [ ] 400 State Reapportionment, [ ] 410 Antitrust, [ ] 430 Banks and Banking, [ ] ICC Rates/etc., [ ] Influenced and ganizations, Credit, lite TV, rvice mmodity/Exch. allenge |
| [ ] 120 Marine |  |  |  |  |  |
| [ ] 130 Miller Act |  |  |  |  |  |
| [ ] 140 Negotiable Instrument |  |  |  |  |  |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment |  |  |  |  |  |
| [ ] 151 Medicare Act |  |  |  |  |  |
| [ ] 152 Recovery of Defaulted Student Loans (excl. vet.) |  | **PERSONAL PROPERTY** — [ ] 370 Other Fraud, [ ] 371 Truth in Lending, [ ] 380 Other Personal Property Damage, [ ] 385 Property Damage Product Liability |  |  |  |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits |  |  |  |  |  |
| [ ] 160 Stockholders' Suits |  |  |  |  |  |
| [ ] 190 Other Contract |  |  |  |  |  |
| [X] 195 Contract Product Liability |  |  |  | [ ] 863 DIWC/DIWW (405(g)) | [ ] 891 Agricultural Acts |
| [ ] 196 Franchise |  |  | [ ] 720 Labor/Mgmt. Relations |  | [ ] 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** |  | [ ] 864 SSID Title XVI | [ ] 893 Environmental Matters |
| [ ] 210 Land Condemnation | [ ] 441 Voting | [ ] 510 Motions to Vacate Sentence | [ ] 730 Labor/Mgmt.Reporting & Disclosure Act | [ ] 865 RSI (405(g)) | [ ] 894 Energy Allocation Act |
| [ ] 220 Foreclosure | [ ] 442 Employment |  | [ ] 740 Railway Labor Act | **FEDERAL TAX SUITS** | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing/ Accommodations | Habeas Corpus: |  | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 900 Appeal of Fee Determination Under Equal Access to Justice |
| [ ] 240 Torts to Land |  | [ ] 530 General | [ ] 790 Other Labor Litigation |  |  |
| [ ] 245 Tort Product Liability | [ ] 444 Welfare | [ ] 535 Death Penalty |  |  | [ ] 950 Constitutionality of State Statutes |
| [ ] 290 All Other Real Property | [ ] 445 ADA—Employment | [ ] 540 Mandamus & Other | [ ] 791 Empl. Ret. Inc. Security Act | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 890 Other Statutory Actions |
|  | [ ] 446 ADA — Other | [ ] 550 Civil Rights |  |  |  |
|  | [ ] 440 Other Civil Rights | [ ] 555 Prison Condition |  |  |  |

**V. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)
- [ ] 1 Original Proceeding
- [X] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION** (Enter U.S. Civil Statute under which you are filing and write a brief statement of cause.)
28 U.S.C. §1332

**VII. PREVIOUS BANKRUPTCY MATTERS** (For nature of suit 422 and 423, enter the case number and judge for any associated bankruptcy matter perviously adjudicated by a judge of this Court. Use a separate attachment if necessary)

**VIII. REQUESTED IN COMPLAINT:**
[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  [ ] Yes  [ ] No

**IX. This case**
[X] is not a refiling of a previously dismissed action.
[ ] is a refiling of case number _____, previously dismissed by Judge _____

DATE  6/11/08

SIGNATURE OF ATTORNEY OF RECORD