MHN

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

08CV3359
JUDGE ASPEN
MAGISTRATE JUDGE COX

In the Matter of

LPS AUTOMATION, LLC, an Illinois Limited Liabilitiy Corporation vs. SHEBOYGAN PAPER BOX COMPANY, a Wisconsin Corporation

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

SHEBOYGAN PAPER BOX COMPANY, a Wisconsin Corporation

**FILED**
**JUN 1 1 2008**   NH
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) Leah D. Setzen, Esq. | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ | |
| FIRM The Law Firm of Danya A. Grunyk, P.C. | |
| STREET ADDRESS 200 E. Fifth Avenue, Suite 118 | |
| CITY/STATE/ZIP Naperville, IL 60563 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6271222 | TELEPHONE NUMBER 630-428-3300 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |