UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

LPS AUTOMATION LLC, an Illinois )
Limited Liability Corporation, )
                                                             )
               Plaintiff, )
                                                               )
-vs- )    CASE №.   08 CV 3359
 )    Honorable Marvin E. Aspen
SHEBOYGAN PAPER BOX )
COMPANY, a Wisconsin Corporation, )
 )
               Defendant. )

### NOTICE OF FILING

TO:   Danya A. Grunyk, Esq.
         200 East Fifth Avenue, Suite 113
         Naperville, IL 60563

Please take notice that on **July 16, 2008**, I will cause to be filed with the "Clerk of the U.S. District Court", 219 South Dearborn Street, Chicago, IL 60604, the attached **Plaintiff's Reply to Defendant's Affirmative Defenses**, a copy of which is hereby served upon you.

ARIANO, HARDY, NYULI, JOHNSON,        LPS AUTOMATION LLC, Plaintiff,
RICHMOND & GOETTEL, P.C.
2000 McDonald Road, Suite 200
South Elgin, IL 60177-3324                          By:_____
1 (847) 695-2400                                               Scott G. Richmond, Esq.

State of Illinois    )
                     ) ss.     **CERTIFICATE OF DELIVERY**
County of Kane  )

The undersigned hereby certifies under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, that the above **Notice of Filing with attachment(s)** was [X] placed in the U.S. Mail properly addressed and mailed with first class postage prepaid, [_] hand-delivered via messenger, [_] sent via facsimile (__ pages, from the office of Ariano, Hardy, Nyuli, Johnson, Richmond & Goettel, P.C., 1-847-697-2401, to recipient's facsimile number of 1-___-___-____), to the party at the address set forth above on Wednesday, July 16, 2008, before the hour of 5:30 p.m.

x _____      SANDRA E. TORRES, Legal Assistant
(Signature)                                              (Print Name)

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

LPS AUTOMATION LLC, an Illinois )
Limited Liability Corporation, )
 )
            Plaintiff, )
 )
-vs- )   CASE №.   08 CV 3359
 )   Honorable Marvin E. Aspen
SHEBOYGAN PAPER BOX )
COMPANY, a Wisconsin Corporation, )
 )
            Defendant. )

### PLAINTIFF'S REPLY TO DEFENDANT'S AFFIRMATIVE DEFENSES

Plaintiff, LPS AUTOMATION LLC, by and through its attorney, Scott G. Richmond of ARIANO, HARDY, NYULI, JOHNSON, RICHMOND & GOETTEL, P.C., and in reply to the Affirmative Defenses contained in Defendant's Answer to Plaintiff's Complaint, state as follows:

    1.    <u>First Affirmative Defense</u>.  Plaintiff denies the allegations and conclusions of law set forth in Paragraph 17 of Defendant's First Affirmative Defense.

    2.    <u>Second Affirmative Defense</u>.  Plaintiff denies the allegations and conclusions of law set forth in Paragraph 18 of Defendant's Second Affirmative Defense.

    3.    <u>Third Affirmative Defense</u>.  Plaintiff denies the allegations and conclusions of law set forth in Paragraph 19 of Defendant's Third Affirmative Defense.

    4.    <u>Fourth Affirmative Defense</u>.  Plaintiff denies the allegations and conclusions of law set forth in Paragraph 20 of Defendant's Fourth Affirmative Defense.

5. <u>Fifth Affirmative Defense</u>. The Fifth Affirmative Defense does not contain any factual allegations to which Plaintiff can respond.

WHEREFORE, Plaintiff, LPS AUTOMATION LLC, respectfully prays this Honorable Court as follows:

A. For the entry of an Order striking and dismissing Defendant's Affirmative Defenses;

B. For entry of judgment in favor of Plaintiff; and

C. For the entry of an Order awarding to the Plaintiff such other and further relief as this Court deems proper.

LPS AUTOMATION LLC, Plaintiff,

BY ARIANO, HARDY, NYULI, JOHNSON, RICHMOND & GOETTEL, P.C.

x_____

**THIS PLEADING PREPARED BY THE UNDERSIGNED AND EXECUTED IN ACCORDANCE WITH SUPREME COURT RULE 137.**

_____
**Attorney at Law**

Scott G. Richmond, Esq. – ARDC № 6230123
ARIANO, HARDY, NYULI, JOHNSON,
RICHMOND & GOETTEL, P.C.
2000 McDonald Road, Suite 200
South Elgin, IL 60177-3324
1 (847) 695-2400