UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| LPS AUTOMATION LLC, an Illinois Limited Liability Corporation,<br><br>   Plaintiff/Counter-Defendant,<br><br>-vs-<br><br>SHEBOYGAN PAPER BOX COMPANY, a Wisconsin Corporation,<br><br>   Defendant/Counter-Plaintiff. | CASE №.   08 CV 3359<br>Honorable Marvin E. Aspen |

### NOTICE OF FILING

TO:   Danya A. Grunyk, Esq.
      200 East Fifth Avenue, Suite 113
      Naperville, IL  60563

Please take notice that on **July 16, 2008**, I will cause to be filed with the "Clerk of the U.S. District Court", 219 South Dearborn Street, Chicago, IL  60604, the attached **Plaintiff/Counter-Defendant's Answer to Defendant/Counter-Plaintiff's Counterclaim**, a copy of which is hereby served upon you.

ARIANO, HARDY, NYULI, JOHNSON,
RICHMOND & GOETTEL, P.C.
2000 McDonald Road, Suite 200
South Elgin, IL  60177-3324
1 (847) 695-2400

LPS AUTOMATION LLC,
Plaintiff/Counter-Defendant,

By:_____
      Scott G. Richmond, Esq.

State of Illinois    )
                     )  ss.   CERTIFICATE OF DELIVERY
County of Kane       )

The undersigned hereby certifies under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, that the above **Notice of Filing with attachment(s)** was [X] placed in the U.S. Mail properly addressed and mailed with first class postage prepaid, [ ] hand-delivered via messenger, [ ] sent via facsimile (___ pages, from the office of Ariano, Hardy, Nyuli, Johnson, Richmond & Goettel, P.C., 1-847-697-2401, to recipient's facsimile number of 1-___-___-____), to the party at the address set forth above on Wednesday, July 16, 2008, before the hour of 5:30 p.m.

x_____      SANDRA E. TORRES, Legal Assistant
  (Signature)                            (Print Name)

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

LPS AUTOMATION LLC, an Illinois )
Limited Liability Corporation, )
 )
    Plaintiff/Counter-Defendant, )
 )
-vs- )    CASE №.   08 CV 3359
 )    Honorable Marvin E. Aspen
SHEBOYGAN PAPER BOX )
COMPANY, a Wisconsin Corporation, )
 )
    Defendant/Counter-Plaintiff. )

## PLAINTIFF/COUNTER-DEFENDANT'S ANSWER TO DEFENDANT/COUNTER-PLAINTIFF'S COUNTERCLAIM

Plaintiff/Counter-Defendant, LPS AUTOMATION LLC, by and through its attorney, Scott G. Richmond of ARIANO, HARDY, NYULI, JOHNSON, RICHMOND & GOETTEL, P.C., as and for its answer to Defendant/Counter-Plaintiff's Counterclaim, state as follows:

    1.    Plaintiff/Counter-Defendant realleges and readopts all the allegations set forth in its Complaint against Defendant/Counter-Plaintiff as well as its replies to Defendant/Counter-Plaintiff's Affirmative Defenses to the Complaint as and for its answer to Paragraph 22 of Defendant/Counter-Plaintiff's Counterclaim.

    2.    Plaintiff/Counter-Defendant admits the allegations contained in Paragraph 23 of Defendant/Counter-Plaintiff's Counterclaim.

    3.    Plaintiff/Counter-Defendant denies the allegations and conclusions of law contained in Paragraph 24 of Defendant/Counter-Plaintiff's Counterclaim.

4.     Plaintiff/Counter-Defendant denies the allegations and conclusions of law contained in Paragraph 25 of Defendant/Counter-Plaintiff's Counterclaim.

5.     Plaintiff/Counter-Defendant admits only that it received correspondence dated February 28, 2008 from Defendant/Counter-Plaintiff and admits that said correspondence speaks for itself and to the extent the allegations and conclusions of law contained in Paragraph 26 of Defendant/Counter-Plaintiff's Counterclaim conflict with same Plaintiff/Counter-Defendant denies same.

6.     Plaintiff/Counter-Defendant admits that it refused to refund Defendant/Counter-Plaintiff's money, but denies the remaining allegations and conclusions of law contained in Paragraph 27 of Defendant/Counter-Plaintiff's Counterclaim.

7.     Plaintiff/Counter-Defendant denies the allegations and conclusions of law contained in Paragraph 28 of Defendant/Counter-Plaintiff's Counterclaim.

WHEREFORE, Plaintiff/Counter-Defendant, LPS AUTOMATION LLC, respectfully prays this Honorable Court as follows:

A.     For entry of judgment in favor of Plaintiff/Counter-Defendant and against Defendant/Counter-Plaintiff, SHEBOYGAN PAPER BOX COMPANY; and

B.     For the entry of an Order awarding to the Plaintiff/Counter-Defendant such other and further relief as this Court deems proper.

LPS AUTOMATION LLC, Plaintiff/Counter-Defendant,

BY ARIANO, HARDY, NYULI, JOHNSON, RICHMOND & GOETTEL, P.C.

X _____

**THIS PLEADING PREPARED BY THE UNDERSIGNED AND EXECUTED IN ACCORDANCE WITH SUPREME COURT RULE 137.**

_____
**Attorney at Law**

Scott G. Richmond, Esq. – ARDC №. 6230123
ARIANO, HARDY, NYULI, JOHNSON,
RICHMOND & GOETTEL, P.C.
2000 McDonald Road, Suite 200
South Elgin, IL  60177-3324
1 (847) 695-2400