**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

LPS Automation, LLC
                              Plaintiff,

v.                                         Case No.: 1:08−cv−03359
                                           Honorable Marvin E. Aspen

Sheboygan Paper Box Company
                              Defendant.


**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 24, 2008:

    MINUTE entry before the Honorable Marvin E. Aspen dated 7/24/08:Status hearing held on 7/24/2008 and continued to 12/18/08 at 10:30 a.m. Attorney William P. Te Winkle present by telephone. All Discovery ordered closed by 11/25/2008. Parties are to file a joint pretrial order in open court on 12/18/2008 at 10:30 AM. Judicial staff mailed notice(gl, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.