UNITED STATES DISTRICT COURT
FOR THE NORHTERN DISTRICT OF ILLINOIS

LPS AUTOMATION, LLC,

                    Plaintiff,

vs.                                                 **CASE NO. 1:08-CV-03359**

SHEBOYGAN PAPER BOX COMPANY,

                    Defendant.

## CERTIFICATE OF SERVICE

      I hereby certify that on August 7, 2008, I electronically filed the *Joint Report of the Parties and Proposed Discovery Plan Pursuant to Rule 26(f)* with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Scott G. Richmond, Esq.
Ariano, Hardy, Nyuli, Johnson
  Richmond & Goettel, P.C.
2000 McDonald Rd., Suite 200
South Elgin, IL 60177

Dated this 7th day of August, 2008.

                                              s/ William P. Te Winkle
                                              William P. Te Winkle;  State Bar No. 01013259
                                              Attorney for Defendant
                                              Rohde Dales LLP
                                              607 North 8th Street, 7th Floor
                                              Sheboygan, WI 53081
                                              Telephone (920) 458-5501
                                              Facsimile (920) 458-5874
                                              E-mail: tewinkle@rohdedales.com